SPARKILL REALTY CORPORATION and STANDARD TRAP ROCK CORPORATION, Respondents, v. THE STATE OF NEW YORK, Appellant. (Claim No. 19587.) — Motion by respondents to dismiss appellant's appeal. Appellant is in default for failure to serve its record on appeal, with the notice of appeal or in the alternative to obtain an extension of time from the Court of Claims, or a judge thereof. (Court of Claims Act, § 31.) Motion granted, unless the appellant serves printed case on appeal by January 10, 1938, its brief by February 1, 1938, and is ready for argument at the March, 1938, term, in which event it is denied. Appellant's cross-motion for an order dispensing with the printing of certain portions of the record is not passed upon. (Id. § 31.) Present — Hill, P. J., Rhodes, Crapser' Bliss and Heffernan, JJ.

In the Matter of the Claim of MARGARET COX, Respondent, against ROOSEVELT HOSPITAL and ÆTNA LIFE INSURANCE COMPANY, Appellants; FIDELITY & CASUALTY COMPANY OF NEW YORK, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Decision handed down September 29, 1937 [ante, p. 708], and the order entered thereon are modified to read as follows: " Award unanimously affirmed, with costs against the appellant, Ætna Life Insurance Company, payable to the respondent Fidelity and Casualty Company of New York, and no costs to the State Industrial Board." Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Application of MARIA L. PERRY, as Executrix, etc., of JOHN S. BARRY, Deceased, Respondent, for an Order or Decree Requiring JOHN T. NORTON, as Attorney for Said JOHN S. BARRY, as Administrator, etc., of HELEN B. MARKHAM, Deceased, to Account for and Pay over Moneys Collected and Received by Said JOHN T. NORTON as Such Attorney, Appellant.— Appeal from an order of the Surrogate's Court of Rensselaer county made on May 14, 1937, denying appellant's motion to dismiss a petition that he account for moneys belonging to the estate of Helen B. Markham, deceased, received by him while acting as attorney for the administrator of that estate. The petition alleges that these moneys were delivered to the appellant by the administrator for the purpose of distribution, that the administrator is entitled to certain of these moneys as his distributive share of the estate and that the same have not been paid. The petitioner is the representative of the estate of the deceased administrator. Order affirmed. Hill, P. J., Rhodes and Bliss, JJ., concur; McNamee and Crapser, JJ., dissent, and vote to reverse the order, and to dismiss the petition, on the ground that the surrogate is without jurisdiction.

In the Matter of the Application of EUREKA PRODUCTIONS, INC., Petitioner. for an Order of Certiorari against JAMES BYRNE and Others, Constituting the Board of Regents of the University of the State of New York, and FRANK P. GRAVES, Commissioner of Education, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See ante, p. 355.] The court considered and passed upon the constitutional question raised. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.